ACCEPTED
06-15-00076-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/27/2015 10:30:42 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00076-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **VS.** | § | **SIXTH COURT** | 7/27/2015 10:30:42 AM |
| | § | | DEBBIE AUTREY |
| **JUSTIN DAVID OWENS** | § | **OF APPEALS** | Clerk |

## FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Justin David Owens, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 4th Judicial District Court of Rusk County, Texas.

2. The case below was styled the *State of Texas vs. Justin David Owens*, and numbered CR14-344.

3. Appellant was convicted of Aggravated Assault with a Deadly Weapon.

4. Appellant was assessed a sentence of three (3) years on April 21, 2015.

5. Notice of appeal was given on May 13, 2015.

6. The clerk's record was filed on June 26, 2015; the reporter's record was filed on May 22, 2015.

7. The appellate brief is presently due on July 27, 2015.

8. Appellant requests an extension of time of 60 days from the present date, i.e. September 25, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's counsel has not had sufficient time to review the clerk's record and reporter's

record, and to evaluate and develop the issues to be presented on appeal.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

MITCH ADAMS, ATTORNEY AT LAW
216 West Erwin Street, Suite 350
Tyler, Texas 75702
Tel: (903) 630-7444
Fax: (903) 471-0147

By:_____
Mitch Adams
State Bar No. 24006737
mitchadams@mitchadamslaw.com
Attorney for Justin David Owens

## CERTIFICATE OF SERVICE

This is to certify that on July 27, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Rusk County, Rusk County Courthouse, 115 North Main Street, Suite 302, Henderson, Texas 75652, by electronic service through the Electronic Filing Manager.

_____
Mitch Adams

**STATE OF TEXAS**          §
                            §
**COUNTY OF SMITH**         §

### <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Mitch Adams, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Mitch Adams
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on July 27, 2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas